RECEIVED

FEB - 7 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANDRIS SINEGAL, JR. | CIVIL NO. 6:13-cv-3004 |
| VERSUS | JUDGE DOHERTY |
| WARDEN DARRELL VANOY | MAGISTRATE JUDGE HANNA |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

__✓__    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

_____    The certificate of appealability is GRANTED for the following reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this __7__ day of __February__, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE